## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CASE NO. 6:12-CV-01334-RBD-GJK

DEANNA ANDERSON and DONALD ANDERSON,

    Plaintiffs,

v.

REGIONAL ACCEPTANCE CORPORATION,

    Defendant.
_____/

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Deanna and Donald Anderson and Defendant Regional Acceptance Corporation, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its own fees and costs.

Dated:   August 5, 2013

| | |
|---|---|
| */s/ James L. Davidson* <br> James L. Davidson, Esq. <br> Florida Bar No.: 723371 <br> Michael L. Greenwald, Esq. <br> Florida Bar No.: 761761 <br> GREENWALD DAVIDSON PLLC <br> 5550 Glades Road, Suite 500 <br> Boca Raton, FL 33431 <br> Tel:  561-826-5477 <br> Fax:  561-961-5684 <br> jdavidson@mgjdlaw.com | */s/ David E. Hicks* <br> David E. Hicks, Esq. <br> Florida Bar No.: 0368245 <br> DENNIS LEVINE & ASSOCIATES, P.A. <br> P.O. Box 707 <br> Tampa, Florida 33602 <br> Tel: 813-253-0777 <br> Fax: 813-253-0975 <br> david@bcylaw.com <br><br> Attorneys for Defendant |

1

| | |
|---|---|
| mgreenwald@mgjdlaw.com<br><br>Alex D. Weisberg, Esq.<br>WEISBERG & MEYERS, LLC<br>5722 S. Flamingo Rd, Ste. 656<br>Cooper City, FL 33330<br>Tel:   (888) 595-9111<br>Fax:   (866) 577-0963<br>aweisberg@attorneysforconsumers.com<br><br>Attorneys for Plaintiffs | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT the foregoing was filed using the Court's CM/ECF system on August 5, 2013, which will provide notice to:

>Mr. David E. Hicks
>Dennis LeVine & Associates, P.A.
>P.O. Box 707
>Tampa, FL 33601
>Telephone: 813.253.0777
>david@bcylaw.com
>
>Counsel for Defendant

By: */s/ James L. Davidson*
James L. Davidson

2