**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**DEANNA ANDERSON** and
**DONNA ANDERSON,**

       **Plaintiffs,**

v.                                **Case No. 6:12-cv-1334-Orl-37GJK**

**REGIONAL ACCEPTANCE
CORPORATION,**

       **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation of Voluntary Dismissal with Prejudice (Doc. 35), filed August 5 2013.  Accordingly, it is

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 41 (a)(1)(A)(ii), this case is hereby **DISMISSED** with prejudice each party to bear its own fees and costs.  The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** at Orlando, Florida, this 13th day of August, 2013.

ROY B. DALTON, JR.
United States District Judge

Copies: Counsel of Record